IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
_____MACON_____ DIVISION

QUESTIONNAIRE FOR PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. 1983

2016 MAY 13 AM 9:08

Milton Thomas
# 121745

(GIVE FULL NAME AND PRISON NUMBER OF EACH PLAINTIFF)

Plaintiff(s)

CIVIL ACTION NO: 5 : 16-CV- 178

VS.
Tracey Lumpkin, et al.
Lillian Warren
Vernon Speight
Ron Outtlinger

Jury Trial requested

(NAME OF EACH DEFENDANT)

Defendant(s)

## I. GENERAL INFORMATION

1. Your full name and prison number(s): Milton Thomas # 121745

2. Name and location of prison where you are now confined: Baldwin State Prison P.O. Box 218 Hardwick, Ga 31034

3. Sentence you are now serving (how long?): N/A Life

   (a) What were you convicted of? N/A

   (b) Name and location of court which imposed sentence: N/A Dougherty County

   (c) When was sentence imposed? N/A 1999

   (d) Did you appeal your sentence and/or conviction? ___Yes ✓No

   (e) What was the result of your appeal? N/A

   (f) Approximate date your sentence will be completed: Up to the Parole Board

1.

## II. PREVIOUS LAWSUITS

4. Other than the appeal of your conviction or sentence, have you ever submitted a lawsuit for filing in any federal or state court dealing with the SAME FACTS involved in this lawsuit or otherwise related to your imprisonment?   ✓Yes   ✓No

5. If your answer to question 4 is "Yes", list that lawsuit below, giving the following information:

   (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:

   Plaintiff(s): Milton Thomas

   Defendant(s): Tracey Lumpkin, Vernon Speight

   (b) Name of Court: Macon Federal

   (c) Docket Number: 5:15-CV-00116   When did you file this lawsuit? 3-31-15
   5:15-CV-00403                                                         10-26-15
   (d) Name of Judge assigned to case: Charles H. Weigle

   (e) Is this case still pending?   ___Yes   ✓No

   (f) If your answer to (e) is "No" when was it disposed of and what were the results? (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

   Both got dismissed without Prejudice on
   6-23-15  —  1-29-2016

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

6. Where are you now confined? Baldwin State Prison

   (a) How long have you been at this institution? To many years

   (b) Does this institution have a grievance procedure?   ✓Yes   ___No

   (c) If your answer to question 6(b) is "Yes", answer the following:

      (1) Did you present your complaint(s) herein to the institution as a grievance?
          ✓Yes   ___No

      (2) What was the result? denied by Central office on
      Appeal see document #1 Attachment #2
      civil # 5:15-CV-00403 Macon

   (d) If your answer to question 6(b) is "No", explain why not: _____

2.

(e) What, if anything, have you done to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to: _____

Tracey Lumpkin, Lillian Warren, Vernon Speight, Ron Outtlinger.

7. In what other institutions have you been confined? Give dates of entry and exit.

Can't remember them all.

## IV. PARTIES TO THIS LAWSUIT

8. List the name and address of each plaintiff in this lawsuit.

Tracey Lumpkin — Lillian Warren — Vernon Speight — Ron Outtlinger. All work at Baldwin State Prison 100 Laying Farm Rd Milledgeville, Ga 31061

9. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

Tracey Lumpkin Duputy Warden Care & Treatment " Lillian Warren Unit Manager " Vernon Speight Health Service Administrator — Ron Outtlinger Mental Health Director. Georgia dept of Corrections.

## V. STATEMENT OF CLAIM

10. In the space hereafter provided, and on separate sheets of paper, if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the Court **WHAT** you contend happened to you, **WHEN** the incident(s) you complain about occurred, **WHERE** the incident(s) took place, **HOW** your constitutional rights were violated, and **WHO** violated them. Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

Do not give any legal argument or cite any cases or statutes at this time; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. **KEEP IN MIND THAT RULE 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, AND DIRECT.** If the court needs additional information from you, you will be notified.

## STATEMENT OF CLAIM (continued)

Where did the incident you are complaining about occur? That is, at what institution or institutions?

Baldwin State Prison

When do you allege this incident took place? 11-17-2014

What happened? On 11-17-2014 plaintiff fell off his top bunk assigned to and injured his back, knee, and wrist, so serious I can't walk most days from the back injury " doctors gave me a bottom bunk profile which years ago ~~would~~ supports cruel punishment to place me on the top bunk after doctors ordered me assigned to a bottom bunk because of my age and health.

Numerous times I explained to Unit Manager Lillian Warren that I can't clime up on a top bunk without assistence of a ladder or some help which its cruel punishment to make mentally ill used bunks without ladders for assistence to the top bunk, and cruel punishment to make those over 60-years of age to sleep on top bunks without some type of assistence to get on the top bunk.

Numerous times I told Ron Duttlinger mentally ill need assistence and all bunks should have ladders " particuary for the elderly & him and Lillian Warren said it's not their department to over-see maintenence or construction problems, also told Warden Cedric Taylor many times and he said to stay out of prison so you don't have these problems.

4.

## Additional Statements

Plaintiff also attends the offender and staff community meetings each month with all defendants there at the meeting each month" because I am the dorm representative. I told all defendants each months about this problem for years" and many times they told me to shut up and sit down at those meetings " or I'll be locked up in segragation or transferred to a worse prison.

Went to medical many times for my injuries and spoke to doctors who refuse to x-ray me or give me pain meds " letting broken wrist heal by its self, itself, showing deliberate difference to my medical needs.

Spoke to Tracey Lumpkin and Vernon Speight about my medical problems showing them a black and blue wrist swelled up like a ballon and all they did was had the nurse give me some asperin, leaving me in pain and suffering.

After my injury" only then was I given a bottom bunk which supports Eighth Amendment violation to the federal constitution to have elderly prisoners like the plaintiff to clime up to a top bunk without a ladder or some kind of assistence " and deliberate indifference to deny me medical help " cruel punishment to deny a doctor's medical profile for a bottom bunk assignment that was denied to me by all defendants.

Grievance's filed many times " or tried to be filed", were denied to be filed by people " (certain) people only that's assign to receive grievance's by mentally ill like me.

4.1

Additional Statements
---

Officer Mary Danzy is Assigned To Take All Grievance's by mentally ill Prisoners and sign for them" but she always refuse's to sign for those Grievance's and never file's them" offender staff meetings over the years do support these facts and are requested in discovery.

When the Chief Counselor Sebrena Grant is Told about these Grievance Problem's she says it's not her concern" but as the Chief Counselor" Prison Policy shows she is the Grievance Coordinator which makes it her Problem.

Plaintiff ask why is there a offender and staff meeting each month Pursuant to Policy IIA25-0001 when all defendants refuse to help any prisoner about the issue's and complaints given at those meetings.

All defendants work under Color of State" sued in their official Capacity for any injunction relief the Court finds necessary.

All defendants are sued in their individual capacity for punitive, compensatory, and nominal, damages Awarded To me by a Jury" and Plaintiff prays a Jury Trial be demanded and given some day soon.

And That Notice is now given" Threats by some of the defendants like miss Danzy and warren, To be placed in Segragation if I file any more compliants is now given" and there is no legal library research available in Segragation.

Also" Plaintiff cannot breath because of Hot Air in H-Building — and keep's being denied J-Building where those mentally ill with Breathing Problems must go because of the Air Conditioning in J-Building.

4.2

## Additional Statements

Plaintiff also asserts he is "mentally ill" and without "reading and writing skills" "no knowledge in law and that no prison in Georgia State of Corrections has any legal assistant program" and prison policy IIA14-0001 (Access) To The Courts" forbids any law library assistant to help me.

I have one prisoner who will risk (RISK) his life and is always retaliated against to help me" and all mentally ill with basic knowledge in law (Randall Bingham) but officials will not allow me access to him" and I must pass legal papers to other prisoners to pass to him for some help. in violation of," Johnson vs. Avery, 393 U.S. 483, 490 (1969).

Plaintiff request immediate help by the Macon federal Court" to allow me and inmate (Randall Bingham) to meet once per week in prison law library, the Honorable C. Ashley Royal, and Leslie J. Abrams, are always spoken about by all prisoners at Baldwin" along with magistrate Charles H. Weigle.

And even though most of us believe these Judge's are Anti-Prisoner, we all believe them to be fair!

Johnson vs. Avery, 393 U.S. 483, 490 (1969) supports the federal Court has Jurisdiction to allow prisoners in need of legal assistence to meet with other's who assist us. Surely being impartial means (equity)" if Jurisprudence has anything to teach to those with an education in law" it will support philosophy and the fact plaintiff has (standing) for legal assistence? from someone?

4.3

## Additional Statements

The FACT at the end of November - 2014 defendants Tracey Lumpkin, Lillian Warren, Vernon Speight, Ron Outtlinger, Cedric Taylor, did attend the offender staff meeting and my broken wrist was shown to them and they refused to help me" and allowed my wrist to heal improperly shows deliberate indifference.

The FACT defendants seen me every week since the accident and deny me medical treatment for back injury" that has caused me to walk in great pain without any medication or therapy is also great deliberate indifference seeing me walk for the last 16-months in great pain and suffering.

Plaintiff's back injury needs to be viewed by an un-bias doctor" and that doctor's opinion given to the federal court for review of deliberate indifference. Examination by outside doctor is to be accorded broad "liberal treatment, so that civil trials need no longer be carried out in the dark. Plaintiff does request the court order me taken to an outside exam doctor" and the court holds jurisdiction of such. See: Schlagenhauf vs. Holder, (1964) 379 US 104, 13 L. Ed. 2d 152, 85 S.Ct. 234. Also: O'Sullivan vs. Rivera, (2004, DC NM) 229 FRD 184.

4.4

11. List the name and address of every person you believe was a witness to the incident(s) you complain about. BRIEFLY stating what you believe each person knows from having seen or heard what happened.
(USE ADDITIONAL SHEETS IF NECESSARY)

All mentally ill in H-Building and J-Buildings.
Offender staff meeting transcripts for last two years.
All Grievance's filed and those Appealed.
Video recordings in H-Building on 11-17-2014.

12. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any case or statutes.
(USE ADDITIONAL SHEETS IF NECESSARY)

Injunction to place ladders on all Bunk Beds.
And allow me a Jury Trial for damages.
Injunction to have all Prison Policies enforced.
And medical Attention.

13. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under 1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto. After defendants Answer!

14. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT. IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE.
If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this __1ST__ day of __May__, 20__16__.

_Milton Thomas_
(Signature of Plaintiff)

5.